## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

IN RE: Aqueous Film-Forming Foams (AFFF)
Products Liability Litigation

MDL No. 2873

## <u>PROOF OF SERVICE</u>

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial

Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Errata and supporting

exhibits were served on all parties in the following cases electronically via ECF, or as indicated

below, on October 5, 2018.

**<u>Unrepresented Parties (Served via First Class Mail)</u>**

3M Company
c/o The Corporation Company
7700 East Arapahoe Road, Suite 220
Centennial, CO  80112-1268

Angus Fire Armour Corporation
c/o The Prentice-Hall Corporation System, Inc., DE Registered Agent
251 Little Falls Drive
Wilmington, DE 19808

Angus Fire
14 Junny Road
Angier, NC 27501

Angus International Safety Group, Ltd.
c/o Paul Williams, Chief Executive Officer
Station Road, High Bentham
Near Lancaster, United Kingdom LA2 7NA

Buckeye Fire Equipment Company
1100 King Road
Mountain, NC  28086

Buckeye Fire Protection Company
110 Kings Road
Kings Mountain, NC  28086

Chemguard, Inc.
One Stanton Street
Marinette, WI 54143

Chubb Fire, Ltd.
c/o Simon Quillish, Chief Executive Officer
Littleton Road
Ashford
Middlesex, United Kingdom TW15 1TZ

Enterra Corporation
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Federal Express Corporation
c/o The Corporation Trust Company, DE Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Fire Service Plus, Inc.
Fire Service Plus, Inc.
c/o Ronald E. Thames, Registered Agent
180 Etowah Trace
Fayetteville, GA 30214

Kidde Fire Fighting, Inc., f/k/a Chubb
National Foam, Inc. f/k/a National Foam,
Inc., Individually and as Successor in Interest to
National Foam, Inc.
c/o CT Corporation
Two Commerce Square
2001 Market Street 5th Floor
Philadelphia, PA 19103

Kidde PLC, Inc. f/k/a Williams US Inc., f/k/a
Williams Holdings, Inc., individually and as
successor in the interest to National Foam, Inc.
One Carrier Place
Farmington, CT 06302

Kidde-Fenwal, Inc.
400 Main Street
Ashland, MA 01721

National Express Group
c/o Sir John Armitt, Chairman
Birmingham Coach Station, Mill Lane
Digbeth Birmingham, United Kingdom B5 6DD

National Foam, Inc.
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

New York Air National Guard
c/o Major General Anthony P. German, Adjutant General
330 Old Niskayuna Road
Latham, NY 12110

The Ansul Company
One Stanton Street
Marinette, WI 54143

United States Air Force
c/o Department of Justice
Jefferson Sessions, Esq., Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

United States Air National Guard Bureau
c/o Department of Justice
Jefferson Sessions, Esq., Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

United States Department of Defense
c/o Department of Justice
Jefferson Sessions, Esq., Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

United States of America
c/o Department of Justice
Jefferson Sessions, Esq., Attorney General
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

UTC Fire & Security Americas
Corporation, Inc., f/k/a GE Interlogix, Inc.
individually and as successor in the interest to
National Foam, Inc.
3211 Progress Drive
Lincolnton, NC 28092

Williams Holdings Inc.
c/o Corporation Trust Center
1209 Orange St
Wilmington, DE 19801

**<u>Counsel for Parties (Served via Email or ECF)</u>**

Anthony Dean Tracy
McDivitt Law Firm, P.C.-Colorado Springs
19 East Cimarron Street
Colorado Springs, CO 80903
719-471-3700
Fax: 719-471-9782
Email: <u>ttracy@mcdivittlaw.com</u>
  Counsel for Plaintiffs Claudia Adams, et al.
  *1:18-cv-00705-KMT*
  Counsel for Plaintiffs Alan Davis and Leslie Davis; Donald Easter and Theresa Easter;
  Billy Long and Linda Long; Joyce Moore; Lonnie Rouser, Sr.; and Rhonda Sharkey,
  individually, and on behalf of all others similarly situated
  *1:16-cv-02394-RBJ*

Hunter Jay Shkolnik
Napoli Shkolnik PLLC-New York
360 Lexington Avenue
11th Floor
New York, NY 10017
212-397-1000
Fax: 646-843-7603
Email: <u>Hunter@napolilaw.com</u>
  Counsel for Plaintiffs Claudia Adams, et al.
  *1:18-cv-00705-KMT*
  Counsel for Plaintiffs Gabrielle Barker, et al.
  *1:18-cv-01161-KMT*
  Counsel for Plaintiffs Dale Braun, et al.
  *1:18-cv-00742-MSK-KMT*
  Counsel for PlaintiffsJack Butts, et al.
  *1:18-cv-01164-RBJ*
  Counsel for Plaintiffs Jack Butts, et al.

*1:18-cv-01164-RBJ*
Counsel for Plaintiffs Ana Castro, et al.
*1:18-cv-01278-KMT*
Counsel for Plaintiffs Shirley Crow, et al.
*1:18-cv-01196-PAB-KMT*
Counsel for Plaintiffs Alan Davis and Leslie Davis; Donald Easter and Theresa Easter;
Billy Long and Linda Long; Joyce Moore; Lonnie Rouser, Sr.; and Rhonda Sharkey,
individually, and on behalf of all others similarly situated
*1:16-cv-02394-RB*
Counsel for Plaintiffs Ida Dilwood, et al.
*1:18-cv-01202-WJM-KMT*
Counsel for Plaintiffs Robert Garcia, et al.
*1:18-cv-01282-PAB-KMT*
Counsel for Plaintiffs Lisa Gibson, et al.
*1:18-cv-01294-KMT*
Counsel for Plaintiffs John Gokey, et al.
*1:18-cv-01153-KMT*
Counsel for Plaintiffs Harry Gutierres, et al..
*1:18-cv-01140-KMT*
Counsel for Plaintiffs John Guttenberg, et al.
*1:18-cv-01274-RBJ*
Counsel for Plaintiffs Tayetaniel Hall, et al.
*1:18-CV-1298-KMT*
Counsel for Plaintiffs Clyde Hartley, et al.
*1:18-cv-01191-KMT*
Counsel for Plaintiffs Marliee Helm, et al.
*1:18-cv-01192-KMT*
Counsel for Plaintiffs Joshua Hicks, et al.
*1:18-cv-01163-RBJ*
Counsel for Plaintiffs Kristopher Hutchison, et al.
*1:18-cv-01165-KMT*
Counsel for Plaintiffs Cody Ingemansen, et al.
*1:18-cv-01167-KMT*
Counsel for Plaintiffs Gary Johnson, et al.
*1:18-cv-01271-KMT*
Counsel for Plaintiffs Christian Kahler, et al.
*1:18-cv-1158-RBJ*
Counsel for Plaintiffs Debra McCloskey, et al.
*1:18-cv-01285-KMT*
Counsel for Plaintiffs Sandra Niskern, et al.
*1:18-cv-01288-KMT*
Counsel for Plaintiffs Veronica Oquendo, et al.
*1:18-cv-01281-KMT*
Counsel for Plaintiffs Andrew Padella, et al.
*1:18-cv-01199-KMT*
Counsel for Plaintiffs Jerry Rice, et al.

*1:18-cv-01190-RM-KMT*
Counsel for Plaintiffs Rebecca Roderick, et al.
*1:18-cv-01145-KMT*
Counsel for Plaintiffs Amber Nicole Sherban, et al.
*1:18-cv-01270-KMT*
Counsel for Plaintiffs Sarah Stacy, et al.
*1:18-cv-01193-KMT*
Counsel for Plaintiffs Rosie Taylor, et al.
*1:18-cv-01201-KMT*
Counsel for Plaintiffs Catherine Thompson, et al.
*1:18-cv-01157-CMA-KMT*
Counsel for Plaintiffs Benjamin Walker, et al.
*1:18-01302-CMA-KMT*
Counsel for Plaintiffs Michael Wolfe, et al.
*1:18-cv-01155-KMT*
Counsel for Plaintiffs Elizabeth Adamo, et al.
*7:17-cv-07131-KMK*
Counsel for Plaintiffs Enid Zentelis and Sean Fogarty, et. al
*7:17-cv-07134-KMK*
Counsel for Plaintiffs Barbara Ayo, et al.
*2:18-cv-00373-JS-AYS*
Counsel for Plaintiffs Isaac Green and Arneal Green; Elizabeth Liggon and Jerome Liggon; Cathy Green and Al Green; Jason Robinson; Yvonne Green and Aaron Green; Mark Green; Stacy Green and Anthony Green; Theodora Liggon and Gregory Liggon; and Michelle Bloxon
*2:17-cv-02566-JS-AYS*

R. Joseph Hrubiec
Napoli Shkolnik, LLC
919 North Market Street, Suite 1801
Wilmington, DE 19801
302-330-8025
Fax: 302-295-4801
Email: rhrubiec@napolilaw.com
        Counsel for Plaintiff Earl Anderson et al.
        *1:18-cv-769*

Kelly E. Farnan
Richards, Layton & Finger, PA
One Rodney Square
Suite 600
920 N. King Street
Wilmington, DE 19801
(302) 651-7705
Email: farnan@rlf.com
        Counsel for Defendant The 3M Company

*1:18-cv-769*

David Ellis Moore
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
Email: dmoore@potteranderson.com
      Counsel for Defendant Tyco Fire Products LP and Chemguard Inc.
      *1:18-cv-769*

Stephanie E. O'Byrne
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6067
Email: sobyrne@potteranderson.com
      Counsel for Defendant Tyco Fire Products LP and Chemguard Inc.
      *1:18-cv-769*

Joshua D. Scheets
Marshall, Dennehey, Warner, Coleman & Goggin
1007 N. Orange Street, Suite 600
P.O. Box 8888
Wilmington, DE 19899-8888
(302) 552-4344
Fax: (302) 552-4340
Email: jdscheets@mdwcg.com
      Counsel for Defendant Buckeye Fire Equipment Co.
      *1:18-cv-769*

Samuel Lee Moultrie
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
302-661-7000
Fax: 302-661-7360
Email: moultries@gtlaw.com
      Counsel for Defendant National Foam, Inc.
      *1:18-cv-769*

Steven T. Margolin
Greenberg Traurig, LLP

The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7376
Email: margolins@gtlaw.com
     Counsel for Defendant National Foam, Inc.
     *1:18-cv-769*

Durant D. Davidson
McDivitt Law Firm, P.C.-Colorado Springs
19 East Cimarron Street
Colorado Springs, CO 80903
719-471-3700
Fax: 719-471-9782
Email: litigation@mcdivittlaw.com
     Counsel for Plaintiffs Jerry Rice, et al.
     *1:18-cv-01190-RM-KMT*
     Counsel for Plaintiffs Amanda Smith, et al.
     *1:18-cv-01154-KMT*

W. Steven Berman
Napoli Shkolnik & Assoc. PLLC
10,000 Lincoln Drive E
One Greentree Center
Suite 201
Marlton, NJ 08053
856-988-5574
Fax: (646) 843-7603
Email: wsberman@napolilaw.com
     Counsel for Plaintiffs John Zysk and Colleen Zysk
     *2:18-cv-02036-PBT*
     Counsel for Plaintiffs Hanah Bates; Michael S. Bridges; Ann Marie Kuter; Kelley Liott;
     Lynda Mills, as parent and natural guardian of S. M., a minor; Jennifer Rock; Carolyn
     Sippel; J. Davey Yockey and Josephine Yockey
     *2:16-cv-04961-PBT*
     Counsel for Plaintiffs Robert Burbidge and Camille Burbidge
     *2:18-cv-02043-PBT*
     Counsel for Plaintiff John Eynon
     *2:18-cv-03387-PBT*
     Counsel for Plaintiffs William J. Fearnley, Lisa Fryling, Romayne Higgins, Phyllis Kelly,
     Issac Peoples, Kenneth V. Stacey, Deborah L. Stacey, and Leo Varani
     *2:16-cv-06416-PBT*

Leah Caroline Garrett
McDivitt Law Firm, P.C.-Colorado
Springs

19 East Cimarron Street
Colorado Springs, CO 80903
719-417-3700
Email: lgarrett@mcdivittlaw.com
      Counsel for Plaintiffs Claudia Adams, et al.
      *1:18-cv-00705-KMT*

Louise Rita Caro
Napoli Shkolnik PLLC-Miami
2665 Souith Bayshore Drive
Suite 220
Miami, FL 33133
786-837-5442
Fax: 786-441-2140
Email: LCaro@napolilaw.com
Counsel for Plaintiffs Claudia Adams, et al.
      *1:18-cv-00705-KMT*
      Counsel for Plaintiffs David Bell, et. al
      *1:16-cv-02351-RBJ*
      Counsel for Plaintiffs Thomas Bleichert, et al.
      *1:18-cv-01101-KMT*
      Counsel for Plaintiffs Dale Braun, et al.
      *1:18-cv-00742-MSK-KMT*
      Counsel for Jack Butts, et al.
      *1:18-cv-01164-RBJ*
      Counsel for Plaintiffs Ana Castro, et al.
      *1:18-cv-01278-KMT*
      Counsel for Plaintiffs Charles Chisholm, et al.
      *1:18-cv-01152-KMT*
      Counsel for Plaintiffs Shirley Crow, et al.
      Counsel for Plaintiffs William J. Fearnley, Lisa Fryling, Romayne Higgins, Phyllis Kelly,
      Issac Peoples, Kenneth V. Stacey, Deborah L. Stacey, and Leo Varani
      2:16-cv-06416-PBT

Seth A. Katz
Burg Simpson
40 Inverness Drive East
Englewood, CO 80112
Tel:  303-792-5595
Fax:  303-708-0527
skatz@burgsimpson.com
Counsel for Plaintiffs David Bell, et al.
      *1:16-cv-02351-RBJ*

Michael David Eric McDivitt
McDivitt Law Firm, P.C.-Colorado

Springs
19 East Cimarron Street
Colorado Springs, CO 80903
719-471-3700
Fax: 719-471-9782
Email: litigation@mcdivittlaw.com
     Counsel for Plaintiffs Claudia Adams, et al.
     *1:18-cv-00705-KMT*
     Counsel for Plaintiffs Gabrielle Barker, et al.
     *1:18-cv-01161-KMT*
     Counsel for Plaintiffs Thomas Bleichert, et al.
     *1:18-cv-01101-KMT*
     Counsel for Plaintiffs Dale Braun, et al.
     *1:18-cv-00742-MSK-KMT*
     Counsel for Jack Butts, et al.
     *1:18-cv-01164-RBJ*
     Counsel for Plaintiffs Ana Castro, et al.
     *1:18-cv-01278-KMT*
     Counsel for Plaintiffs Charles Chisholm, et al.
     *1:18-cv-01152-KMT*
     Counsel for Plaintiffs Shirley Crow, et al.
     *1:18-cv-01196-PAB-KMT*
     Counsel for Plaintiffs Alan Davis and Leslie Davis; Donald Easter and Theresa Easter;
Billy Long and Linda Long; Joyce Moore; Lonnie Rouser, Sr.; and Rhonda Sharkey,
individually, and on behalf of all others similarly situated
     *1:16-cv-02394-RBJ*
     Counsel for Plaintiffs Ida Dilwood, et al.
     *1:18-cv-01202-WJM-KMT*
     Counsel for Plaintiffs Robert Garcia, et al.
     *1:18-cv-01282-PAB-KMT*
     Counsel for Plaintiffs Lisa Gibson, et al.
     *1:18-cv-01294-KMT*
     Counsel for Plaintiffs John Gokey, et al.
     *1:18-cv-01153-KMT*
     Counsel for Plaintiffs Anthony Gordon, et al.
     *1:18-cv-01065-KMT*
     Counsel for Plaintiffs Harry Gutierres, et al..
     *1:18-cv-01140-KMT*
     Counsel for Plaintiffs John Guttenberg, et al.
     *1:18-cv-01274-RBJ*
     Counsel for Plaintiffs Tayetaniel Hall, et al.
     *1:18-CV-1298-KMT*
     Counsel for Plaintiffs Clyde Hartley, et al.
     *1:18-cv-01191-KMT*
     Counsel for Plaintiffs Marliee Helm, et al.
     *1:18-cv-01192-KMT*

Counsel for Plaintiffs Christian Kahler, et al.
*1:18-cv-1158-RBJ*
Counsel for Plaintiffs Joshua Hicks, et al.
*1:18-cv-01163-RBJ*
Counsel for Plaintiffs Kristopher Hutchison, et al.
*1:18-cv-01165-KMT*
Counsel for Plaintiffs Cody Ingemansen, et al.
*1:18-cv-01167-KMT*
Counsel for Plaintiffs Gary Johnson, et al.
*1:18-cv-01271-KMT*
Counsel for Plaintiffs James Kelly, et al.
*1:18-cv-01301-RBJ*
Counsel for Plaintiffs Melvin Mann, Jr., et al.
*1:18-cv-01091-KMT*
Counsel for Plaintiffs Debra McCloskey, et al.
*1:18-cv-01285-KMT*
Counsel for Plaintiffs Sandra Niskern, et al.
*1:18-cv-01288-KMT*
Counsel for Plaintiffs Veronica Oquendo, et al.
*1:18-cv-01281-KMT*
Counsel for Plaintiffs Andrew Padella, et al.
*1:18-cv-01199-KMT*
Counsel for Plaintiffs Marvin Paker, et al.
*1:18-cv-01090-MSK-KMT*
Counsel for Plaintiffs Jerry Rice, et al.
*1:18-cv-01190-RM-KMT*
Counsel for Plaintiffs Rebecca Roderick, et al.
*1:18-cv-01145-KMT*
Counsel for Plaintiffs Amber Nicole Sherban, et al.
*1:18-cv-01270-KMT*
Counsel for Plaintiffs Amanda Smith, et al.
*1:18-cv-01154-KMT*
Counsel for Plaintiffs Randy Smith, et al.
*1:18-cv-01070-WJM-KMT*
Counsel for Plaintiffs Sarah Stacy, et al.
*1:18-cv-01193-KMT*
Counsel for Plaintiffs Rosie Taylor, et al.
*1:18-cv-01201-KMT*
Counsel for Plaintiffs Martha Thomas, et al.
*1:18-cv-01156-KMT*
Counsel for Plaintiffs Catherine Thompson, et al.
*1:18-cv-01157-CMA-KMT*
Counsel for Plaintiffs Benjamin Walker, et al.
*1:18-01302-CMA-KMT*
Counsel for Plaintiffs Michael Wolfe, et al.
*1:18-cv-01155-KMT*

Michael W. McDivitt
McDivitt Law Firm, P.C.-Colorado
Springs
19 East Cimarron Street
Colorado Springs, CO 80903
719-471-3700
Fax: 719-471-9782
Email: mmcdivitt@mcdivittlaw.com
 Counsel for Plaintiffs Claudia Adams, et al.
 *1:18-cv-00705-KMT*
 Counsel for Plaintiffs Gabrielle Barker, et al.
 *1:18-cv-01161-KMT*
 Counsel for Plaintiffs Thomas Bleichert, et al.
 *1:18-cv-01101-KMT*
 Counsel for Plaintiffs Dale Braun, et al.
 *1:18-cv-00742-MSK-KMT*
 Counsel for Jack Butts, et al.
 *1:18-cv-01164-RBJ*
 Counsel for Plaintiffs Ana Castro, et al.
 *1:18-cv-01278-KMT*
 Counsel for Plaintiffs Charles Chisholm, et al.
 *1:18-cv-01152-KMT*
 Counsel for Plaintiffs Shirley Crow, et al.
 *1:18-cv-01196-PAB-KMT*
 Counsel for Plaintiffs Alan Davis and Leslie Davis; Donald Easter and Theresa Easter;
 Billy Long and Linda Long; Joyce Moore; Lonnie Rouser, Sr.; and Rhonda Sharkey,
 individually, and on behalf of all others similarly situated
 *1:16-cv-02394-RBJ*
 Counsel for Plaintiffs Ida Dilwood, et al.
 *1:18-cv-01202-WJM-KMT*
 Counsel for Plaintiffs Robert Garcia, et al.
 *1:18-cv-01282-PAB-KMT*
 Counsel for Plaintiffs Lisa Gibson, et al.
 *1:18-cv-01294-KMT*
 Counsel for Plaintiffs John Gokey, et al.
 *1:18-cv-01153-KMT*
 Counsel for Plaintiffs Anthony Gordon, et al.
 *1:18-cv-01065-KMT*
 Counsel for Plaintiffs Harry Gutierres, et al..
 *1:18-cv-01140-KMT*
 Counsel for Plaintiffs John Guttenberg, et al.
 *1:18-cv-01274-RBJ*
 Counsel for Plaintiffs Tayetaniel Hall, et al.
 *1:18-CV-1298-KMT*
 Counsel for Plaintiffs Clyde Hartley, et al.

*1:18-cv-01191-KMT*
Counsel for Plaintiffs Marliee Helm, et al.
*1:18-cv-01192-KMT*
Counsel for Plaintiffs Joshua Hicks, et al.
*1:18-cv-01163-RBJ*
Counsel for Plaintiffs Kristopher Hutchison, et al.
*1:18-cv-01165-KMT*
Counsel for Plaintiffs Cody Ingemansen, et al.
*1:18-cv-01167-KMT*
Counsel for Plaintiffs Gary Johnson, et al.
*1:18-cv-01271-KMT*
Counsel for Plaintiffs Christian Kahler, et al.
*1:18-cv-1158-RBJ*
Counsel for Plaintiffs James Kelly, et al.
*1:18-cv-01301-RBJ*
Counsel for Plaintiffs Melvin Mann, Jr., et al.
*1:18-cv-01091-KMT*
Counsel for Plaintiffs Debra McCloskey, et al.
*1:18-cv-01285-KMT*
Counsel for Plaintiffs Sandra Niskern, et al.
*1:18-cv-01288-KMT*
Counsel for Plaintiffs Veronica Oquendo, et al.
*1:18-cv-01281-KMT*
Counsel for Plaintiffs Andrew Padella, et al.
*1:18-cv-01199-KMT*
Counsel for Plaintiffs Marvin Paker, et al.
*1:18-cv-01090-MSK-KMT*
Counsel for Plaintiffs Jerry Rice, et al.
*1:18-cv-01190-RM-KMT*
Counsel for Plaintiffs Rebecca Roderick, et al.
*1:18-cv-01145-KMT*
Counsel for Plaintiffs Amber Nicole Sherban, et al.
*1:18-cv-01270-KMT*
Counsel for Plaintiffs Amanda Smith, et al.
*1:18-cv-01154-KMT*
Counsel for Plaintiffs Randy Smith, et al.
*1:18-cv-01070-WJM-KMT*
Counsel for Plaintiffs Sarah Stacy, et al.
*1:18-cv-01193-KMT*
Counsel for Plaintiffs Rosie Taylor, et al.
*1:18-cv-01201-KMT*
Counsel for Plaintiffs Martha Thomas, et al.
*1:18-cv-01156-KMT*
Counsel for Plaintiffs Catherine Thompson, et al.
*1:18-cv-01157-CMA-KMT*
Counsel for Plaintiffs Benjamin Walker, et al.

*1:18-01302-CMA-KMT*

Paul J. Napoli
Napoli Shkolnik PLLC-Melville
400 Broadhollow Road
Suite 305
Melville, NY 11747
212-397-1000
Email: pnapoli@napolilaw.com
     Counsel for Plaintiffs Claudia Adams, et al.
     *1:18-cv-00705-KMT*
     Counsel for Plaintiffs Gabrielle Barker, et al.
     *1:18-cv-01161-KMT*
     Counsel for Jack Butts, et al.
     *1:18-cv-01164-RBJ*
     Counsel for Plaintiffs Shirley Crow, et al.
     *1:18-cv-01196-PAB-KMT*
     Counsel for Plaintiffs Ida Dilwood, et al.
     *1:18-cv-01202-WJM-KMT*
     Counsel for Robert Garcia, et al.
     *1:18-cv-01282-PAB-KMT*
     Counsel for Plaintiffs Clyde Hartley, et al.
     *1:18-cv-01191-KMT*
     Counsel for Plaintiffs Marliee Helm, et al.
     *1:18-cv-01192-KMT*  Counsel for Plaintiffs Joshua Hicks, et al.
     *1:18-cv-01163-RBJ*
     Counsel for Plaintiffs Kristopher Hutchison, et al.
     *1:18-cv-01165-KMT*
     Counsel for Plaintiffs Cody Ingemansen, et al.
     *1:18-cv-01167-KMT*
     Counsel for Plaintiffs Debra McCloskey, et al.
     *1:18-cv-01285-KMT*
     Counsel for Plaintiffs Andrew Padella, et al.
     *1:18-cv-01199-KMT*
     Counsel for Plaintiffs Jerry Rice, et al.
     *1:18-cv-01190-RM-KMT*
     Counsel for Plaintiffs Rebecca Roderick, et al.
     *1:18-cv-01145-KMT*
     Counsel for Plaintiffs Amber Nicole Sherban, et al.
     *1:18-cv-01270-KMT*
     Counsel for Plaintiffs Sarah Stacy, et al.
     *1:18-cv-01193-KMT*
     Counsel for Plaintiffs Rosie Taylor, et al.
     *1:18-cv-01201-KMT*
     Counsel for Plaintiffs Elizabeth Adamo, et al.
     *7:17-cv-07131-KMK*

Counsel for Plaintiffs Enid Zentelis and Sean Fogarty, et. al
*7:17-cv-07134-KMK*
Counsel for Plaintiffs Maurice Miller, et. al
*7:17-cv-07136-KMK*
Counsel for Plaintiffs Barbara Ayo, et al.
*2:18-cv-00373-JS-AYS*
Counsel for Plaintiffs Isaac Green and Arneal Green; Elizabeth Liggon and Jerome
Liggon; Cathy Green and Al Green; Jason Robinson; Yvonne Green and Aaron Green;
Mark Green; Stacy Green and Anthony Green; Theodora Liggon and Gregory Liggon;
and Michelle Bloxon
*2:17-cv-02566-JS-AYS*
Counsel for Plaintiff Hampton Bays Water District
*2:18-cv-01996-JS-AYS*
Counsel for Plaintiffs Diane Singer; Brian Valentin and Kelly Valentin, individually and
on behalf of all others similarly situated
*2:17-cv-06962-JS-AYS*

Tate James Kunkle
Napoli Shkolnik PLLC-Melville
400 Broadhollow Road
Suite 305
Melville, NY 11747
Fax: 646-843-7603
Email: tkunkle@napolilaw.com
Counsel for Plaintiffs Claudia Adams, et al.
*1:18-cv-00705-KMT*
Counsel for Plaintiffs Dale Braun, et al.
*1:18-cv-00742-MSK-KMT*
Counsel for Plaintiffs Shirley Crow, et al.
*1:18-cv-01196-PAB-KMT*
Counsel for Robert Garcia, et al.
*1:18-cv-01282-PAB-KMT*
Counsel for Plaintiffs Rosie Taylor, et al.
*1:18-cv-01201-KMT*
Counsel for Plaintiffs Maurice Miller, et al
*7:17-cv-07136-KMK*
Counsel for Plaintiffs Barbara Ayo, et al.
*2:18-cv-00373-JS-AYS*
Counsel for Plaintiff Hampton Bays Water District
*2:18-cv-01996-JS-AYS*
Counsel for Plaintiffs Diane Singer; Brian Valentin and Kelly Valentin, individually and
on behalf of all others similarly situated
*2:17-cv-06962-JS-AYS*

Tate J Kunkle
Napoli Shkolnik PLLC

360 Lexington Avenue, 11th Floor
New York, NY 10017
212-397-1000
Fax: 646-843-7603
Email: tkunkle@napolilaw.com
    Counsel for Plaintiffs Barbara Ayo, et al.
    *2:18-cv-00373-JS-AYS*
    Counsel for Plaintiffs Isaac Green and Arneal Green; Elizabeth Liggon and Jerome
    Liggon; Cathy Green and Al Green; Jason Robinson; Yvonne Green and Aaron Green;
    Mark Green; Stacy Green and Anthony Green; Theodora Liggon and Gregory Liggon;
    and Michelle Bloxon
    *2:17-cv-02566-JS-AYS*

Patrick James Lanciotti
Napoli Shkolnik PLLC-Melville
400 Broadhollow Road
Suite 305
Melville, NY 11747
212-397-1000
Fax: 646-843-7603
Email: planciotti@napolilaw.com
    Counsel for Plaintiffs Claudia Adams, et al.
    *1:18-cv-00705-KMT*
    Counsel for Plaintiffs Gabrielle Barker, et al.
    *1:18-cv-01161-KMT*
    Counsel for Plaintiffs Thomas Bleichert, et al.
    *1:18-cv-01101-KMT*
    Counsel for Plaintiffs Dale Braun, et al.
    *1:18-cv-00742-MSK-KMT*
    Counsel for Plaintiffs Jack Butts, et al.
    *1:18-cv-01164-RBJ*
    Counsel for Plaintiffs Ana Castro, et al.
    *1:18-cv-01278-KMT*
    Counsel for Plaintiffs Charles Chisholm, et al.
    *1:18-cv-01152-KMT*
    Counsel for Plaintiffs Shirley Crow, et al.
    *1:18-cv-01196-PAB-KMT*
    Counsel for Plaintiffs Alan Davis and Leslie Davis; Donald Easter and Theresa Easter;
    Billy Long and Linda Long; Joyce Moore; Lonnie Rouser, Sr.; and Rhonda Sharkey,
    individually, and on behalf of all others similarly situated
    *1:16-cv-02394-RBJ*
    Counsel for Plaintiffs Ida Dilwood, et al.
    *1:18-cv-01202-WJM-KMT*
    Counsel for Plaintiffs Lisa Gibson, et al.
    *1:18-cv-01294-KMT*
    Counsel for Plaintiffs John Gokey, et al.

*1:18-cv-01153-KMT*
Counsel for Plaintiffs Anthony Gordon, et al.
*1:18-cv-01065-KMT*
Counsel for Plaintiffs Tayetaniel Hall, et al.
*1:18-CV-1298-KMT*
Counsel for Plaintiffs Clyde Hartley, et al.
*1:18-cv-01191-KMT*
Counsel for Plaintiffs Marliee Helm, et al.
*1:18-cv-01192-KMT*
Counsel for Plaintiffs Joshua Hicks, et al.
*1:18-cv-01163-RBJ*
Counsel for Plaintiffs Kristopher Hutchison, et al.
*1:18-cv-01165-KMT*
Counsel for Plaintiffs Cody Ingemansen, et al.
*1:18-cv-01167-KMT*
Counsel for Plaintiffs Gary Johnson, et al.
*1:18-cv-01271-KMT*
Counsel for Plaintiffs Christian Kahler, et al.
*1:18-cv-1158-RBJ*
Counsel for Plaintiffs James Kelly, et al.
*1:18-cv-01301-RBJ*
Counsel for Plaintiffs Melvin Mann, Jr., et al.
*1:18-cv-01091-KMT*
Counsel for Plaintiffs Debra McCloskey, et al.
*1:18-cv-01285-KMT*
Counsel for Plaintiffs Sandra Niskern, et al.
*1:18-cv-01288-KMT*
Counsel for Plaintiffs Veronica Oquendo, et al.
*1:18-cv-01281-KMT*
Counsel for Plaintiffs Andrew Padella, et al.
*1:18-cv-01199-KMT*
Counsel for Plaintiffs Marvin Paker, et al.
*1:18-cv-01090-MSK-KMT*
Counsel for Plaintiffs Rebecca Roderick, et al.
*1:18-cv-01145-KMT*
Counsel for Plaintiffs Amber Nicole Sherban, et al.
*1:18-cv-01270-KMT*
Counsel for Plaintiffs Amanda Smith, et al.
*1:18-cv-01154-KMT*
Counsel for Plaintiffs Randy Smith, et al.
*1:18-cv-01070-WJM-KMT*
Counsel for Plaintiffs Sarah Stacy, et al.
*1:18-cv-01193-KMT*
Counsel for Plaintiffs Rosie Taylor, et al.
*1:18-cv-01201-KMT*
Counsel for Plaintiffs Martha Thomas, et al.

*1:18-cv-01156-KMT*
Counsel for Plaintiffs Catherine Thompson, et al.
*1:18-cv-01157-CMA-KMT*
Counsel for Plaintiffs Benjamin Walker, et al.
*1:18-01302-CMA-KMT*
Counsel for Plaintiffs William J. Fearnley, Lisa Fryling, Romayne Higgins, Phyllis Kelly, Issac Peoples, Kenneth V. Stacey, Deborah L. Stacey, and Leo Varani
2:16-cv-06416-PBT

Edward Lomena
McDivitt Law Firm, P.C.-Colorado
Springs
19 East Cimarron Street
Colorado Springs, CO 80903
719-471-3700
Fax: 719-471-9782
Email: Elomena@McDivittlaw.com
        Counsel for Plaintiffs Charles Chisholm, et al.
        *1:18-cv-01152-KMT*

Stephen A. Longo
McDivitt Law Firm, P.C.-Colorado
Springs
19 East Cimarron Street
Colorado Springs, CO 80903
719-471-3700
Fax: 719-471-9782
Email: slongo@mcdivittlaw.com
        Counsel for Plaintiffs Martha Thomas, et al.
        *1:18-cv-01156-KMT*

S. Kirk Ingebretsen
SHOOK, HARDY & BACON L.L.P.
1660 17th Street, Suite 450
Denver, CO 80202
Telephone: 303-285-5300
kingebretsen@shb.com
        Counsel for Defendants Tyco Fire Products LP successor The Ansul Co., Chemguard Inc.
        *1:18-cv-00705-KMT*
        Counsel for Defendants The Ansul Co., Chemguard Inc.
        *1:16-cv-02394-RBJ*
        Counsel for Defendant Tyco Fire Products, LP
        *1:16-cv-03452-RBJ*

Heather Carson Perkins
Faegre Baker Daniels LLP

3200 Wells Fargo Center
1700 Lincoln Street, Suite 3200
Denver, CO 80203
Telephone: (303) 607-3500
heather.perkins@faegrebd.com
  Counsel for Defendant 3M Company
  *1:18-cv-00705-KMT*

Keith E. Smith
Greenberg Traurig, LLP
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 988-7800
  Counsel for Defendant National Foam, Inc.
  *1:18-cv-00705-KMT*
  *1:16-cv-02394-RBJ*
  *2:18-cv-02036-PBT*
  *2:16-cv-05553-PBT*
  *2:18-cv-02038-PBT*
  *2:18-cv-02040-PBT*
  *2:18-cv-02037-PBT*
  *2:16-cv-05380-PBT*
  *2:17-cv-00573-PBT*
  *1:17-cv-40002-DJC*
  *1:18-cv-10747-DJC*
  *1:16-cv-12351-DJC*
  *2:18-cv-00373-JS-AYS*
  *2:17-cv-02566-JS-AYS*
  *2:18-cv-01996-JS-AYS*
  *2:18-cv-03225-JS-AYS*
  *2:18-cv-02496-JS-AYS*
  *2:17-cv-06962-JS-AYS*
  *2:17-cv-06982-JS-AYS*
  *2:18-cv-02040-PBT*
  *2:18-cv-03387-PBT*
  *2:16-cv-06416-PBT*

Albert G. Bixler
Eckert Seamans Cherin & Mellott, LLC-Philadelphia
50 South 16th Street
Two Liberty Place
22nd Floor
Philadelphia, PA 19102
215-851-8412
Fax: 215-851-8383

Email: abixler@eckertseamans.com
     Counsel for Defendant National Foam, Inc.
     *1:16-cv-02394-RBJ*
     *2:16-cv-05553-PBT*

Peter George Koclanes
Sherman & Howard, L.L.C.-Denver
633 17th Street
Suite 3000
Denver, CO 80202-3622
303-297-2900
Fax: 303-298-0940
Email: pkoclanes@shermanhoward.com
     Counsel for Defendant National Foam, Inc.
     *1:16-cv-02394-RBJ*

Ronald M. Eddy
Sherman & Howard, L.L.C.-Denver
633 17th Street
Suite 3000
Denver, CO 80202-3622
303-299-8338
Fax: 303-298-0940
Email: reddy@shermanhoward.com
     Counsel for Defendant National Foam, Inc.
     *1:16-cv-02394-RBJ*

Jesse Daniel Rodgers
Lewis Brisbois Bisgaard & Smith, LLP-Denver
1700 Lincoln Street
Wells Fargo Center
Suite 4000
Denver, CO 80203
303-861-7760
Fax: 303-861-7767
Email:
jesse.rodgers@lewisbrisbois.com
     Counsel for Defendants Buckeye Fire Protection Co.
     *1:16-cv-02394-RBJ*

Ronald Lyle Hellbusch
Lewis Brisbois Bisgaard & Smith, LLP-Denver
1700 Lincoln Street
Wells Fargo Center
Suite 4000
Denver, CO 80203

303-861-7760
Fax: 303-861-7761
Email:
ronald.hellbusch@lewisbrisbois.com
      Counsel for Defendant Buckeye Fire Protection Co.
      *1:16-cv-02394-RBJ*

Todd R. Seelman
Lewis Brisbois Bisgaard & Smith, LLP-Denver
1700 Lincoln Street
Wells Fargo Center
Suite 4000
Denver, CO 80203
720-931-3200
Fax: 720-931-3201
Email:
Todd.Seelman@lewisbrisbois.com
      Counsel for Defendant Buckeye Fire Protection Co.
      *1:16-cv-02394-RBJ*

Jonathan I. Handler
Day Pitney LLP
One International Place
Boston, MA 02110
Telephone: (617) 345-4600
jihandler@daypitney.com
      Counsel for Defendants Kidde PLC, Inc. Kidde-Fenwal, Inc., and UTC Fire & Security
      Americas Corporation, Inc.
      *1:18-cv-00705-KMT*
      Counsel for Defendant United Technologies Corporation
      *1:17-cv-40002-DJC*
      Counsel for Defendant Kidde PLC, Inc.
      *1:18-cv-10747-DJC*
      *2:18-cv-00373-JS-AYS*
      Counsel for Defendant UTC Fire & Security Americas Corporation, Inc.
      *1:18-cv-10747-DJC*
      *2:18-cv-00373-JS-AYS*
      Counsel for Defendant Kidde-Fenwal, Inc.
      *2:18-cv-00373-JS-AYS*

John W. Cerreta
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103
Telephone: (860) 275-0665
jcerreta@daypitney.com

Counsel for Defendants Kidde PLC, Inc. Kidde-Fenwal, Inc., and UTC Fire & Security
Americas Corporation, Inc.
*1:18-cv-00705-KMT*

David P. Hersh
Burg Simpson Eldredge Hersh & Jardine, PC-Englewood
40 Inverness Drive East
Englewood, CO 80112
303-792-5595
Fax: 303-708-0527
Email: dhersh@burgsimpson.com
  Counsel for Plaintiffs David Bell, et al.
  *1:16-cv-02351-RBJ*

Kirsten N. Kube
Burg Simpson Eldredge Hersh & Jardine, PC-Englewood
40 Inverness Drive East
Englewood, CO 80112
303-792-5595
Fax: 303-708-0527
Email: kkube@burgsimpson.com
  Counsel for Plaintiffs David Bell, et al.
  *1:16-cv-02351-RBJ*

Lisa Rey Marks
Burg Simpson Eldredge Hersh & Jardine, PC-Englewood
40 Inverness Drive East
Englewood, CO 80112
303-792-5595
Fax: 303-708-0527
Email: lmarks@burgsimpson.com
  Counsel for Plaintiffs David Bell, et al.
  *1:16-cv-02351-RBJ*

Christopher H. Dolan
Faegre Baker Daniels LLP-Minneapolis
90 South 7th Street
Wells Fargo Center
Suite 2200
Minneapolis, MN 55402-3901
612-766-7000
Fax: 612-766-1600
Email: chris.dolan@faegrebd.com
  Counsel for Defendant 3M Co., The *(f/k/a)* Minnesota Mining and Manufacturing Co.
  *1:16-cv-02351-RBJ*

22

Daniel Leslie Ring
Mayer Brown LLP-Chicago
71 South Wacker Drive
Chicago, IL 60606
312-701-8520
Fax: 312-701-7711
Email: dring@mayerbrown.com
    Counsel for Defendant 3M Co., The *(f/k/a)* Minnesota Mining and Manufacturing Co.
    *1:16-cv-02351-RBJ*

Heather Campbell Burgess
Faegre Baker Daniels LLP-Denver
1700 Lincoln Street
Wells Fargo Center
Suite 3200
Denver, CO 80203-4532
303-607-3500
Fax: 303-607-3600
Email: heather.burgess@faegrebd.com
    Counsel for Defendant 3M Co., The *(f/k/a)* Minnesota Mining and Manufacturing Co.
    *1:16-cv-02351-RBJ*

Heather Carson Perkins
Faegre Baker Daniels LLP-Denver
1700 Lincoln Street
Wells Fargo Center
Suite 3200
Denver, CO 80203-4532
303-607-3500
Fax: 303-607-3600
Email: heather.perkins@faegrebd.com
    Counsel for Defendant 3M Co., The *(f/k/a)* Minnesota Mining and Manufacturing Co.
    *1:16-cv-02351-RBJ*

Joshua Dietrich Yount
Mayer Brown LLP-Chicago
71 South Wacker Drive
Chicago, IL 60606
312-782-0600
Fax: 312-706-8521
Email: jyount@mayerbrown.com
    Counsel for Defendant 3M Co., The *(f/k/a)* Minnesota Mining and Manufacturing Co.
    *1:16-cv-02351-RBJ*

Matthew Dumont Clark
Faegre Baker Daniels LLP-Boulder

1470 Walnut Street
Suite 300
Boulder, CO 80302-5335
303-447-7700
Fax: 303-447-7800
Email: matthew.clark@FaegreBD.com
     Counsel for Defendant 3M Co., The *(f/k/a)* Minnesota Mining and Manufacturing Co.
     *1:16-cv-02351-RBJ*

Timothy S. Bishop
Mayer Brown LLP-Chicago
71 South Wacker Drive
Chicago, IL 60606
312-781-0600
Fax: 312-706-8607
Email: tbishop@mayerbrown.com
     Counsel for Defendant 3M Co., The *(f/k/a)* Minnesota Mining and Manufacturing Co.
     *1:16-cv-02351-RBJ*

Andrew Christopher Efaw
Wheeler Trigg O'Donnell, LLP-Denver
370 17th Street
Suite 4500
Denver, CO 80202-5647
303-244-1873
Fax: 294-1879
Email: efaw@wtotrial.com
     Counsel for Defendant Tyco Fire Products, L.P., Chemguard Inc.
     *1:16-cv-02351-RBJ*

Daniel Edward Rohner
Shook Hardy & Bacon, LLP-Denver
1660 17th Street
Suite 450
Denver, CO 80202
303-285-5300
Fax: 303-285-5301
Email: drohner@shb.com
     Counsel for Defendant Tyco Fire Products, L.P., Chemguard Inc.
     *1:16-cv-02351-RBJ*

David S. Weinraub
Dechert, LLP-New York
1095 Avenue of the Americas
Three Bryant Park
New York, NY 10036

212-698-3500
Email: david.weinraub@dechert.com
      Counsel for Defendant Tyco Fire Products, L.P., The Ansul Co., Chemguard Inc.
      *1:16-cv-02351-RBJ*
      Counsel for Defendant The Ansul Co., Chemguard Inc.
      *1:16-cv-02394-RBJ*
      Counsel for Defendant Tyco Fire Products, LP
      *7:17-cv-07131-KMK*
      *7:17-cv-07134-KMK*
      *1:16-cv-03452-RBJ*
      *1:16-cv-02352-RBJ*
      *7:17-cv-07136-KMK*
      Counsel for Defendants Tyco Fire Products, LLP, Chemguard Inc.
      *2:18-cv-02036-PBT*
      *2:18-cv-05553-PBT*
      Counsel for Defendant Tyco Fire Products, LP., Chemguard Inc.
      *2:18-cv-02038-PBT*
      *2:18-cv-02037-PBT*
      *2:17-cv-00573-PBT*
      Counsel for Defendant Chemguard, Inc.
      *2:18-cv-02496-JS-AYS*
      Counsel for Defendant Chemguard, Inc.
      Counsel for Defendant Tyco Fire Products LP
      *1:17-cv-40002-DJC*
      *3:18-cv-30027-DJC*
      *1:16-cv-12351-DJC*
      *2:18-cv-00373-JS-AYS*
      *2:17-cv-02566-JS-AYS*
      *2:18-cv-01996-JS-AYS*
      *2:18-cv-03225-JS-AYS*
      *2:17-cv-06962-JS-AYS*
      *2:17-cv-06982-JS-AYS*
      Counsel for Defendant The Ansul Company
      *1:16-cv-12351-DJC*
      *2:18-cv-02496-JS-AYS*

Douglas E. Fleming , III
Dechert, LLP-New York
1095 Avenue of the Americas
Three Bryant Park
New York, NY 10036
212-698-3500
Email: douglas.fleming@dechert.com
      Counsel for Defendant Tyco Fire Products, L.P., Chemguard Inc.
      *1:16-cv-02351-RBJ*
      Counsel for Defendants The Ansul Co., Chemguard Inc.

*1:16-cv-02394-RBJ*
Counsel for Defendant Tyco Fire Products, LP
7:17-cv-07131-KMK
*7:17-cv-07134-KMK*
*1:16-cv-03452-RBJ*
*1:16-cv-02352-RBJ*
*7:17-cv-07136-KMK*
Counsel for Defendants Tyco Fire Products, LLP, Chemguard Inc.
*2:18-cv-02036-PBT*
*2:18-cv-05553-PBT*
Counsel for Defendant Tyco Fire Products, LP., Chemguard Inc.
*2:18-cv-02038-PBT*
*2:18-cv-02041-PBT*
*2:17-cv-00573-PBT*
*2:18-cv-02037-PBT*
Counsel for Defendant Chemguard, Inc.
*2:18-cv-02040-PBT*
Counsel for Defendant Chemguard, Inc.
*2:18-cv-02496-JS-AYS*
*2:18-cv-02040-PBT*
Counsel for Defendant Chemguard, Inc.
Counsel for Defendant Tyco Fire Products LP
*1:17-cv-40002-DJC*
*3:18-cv-30027-DJC*
*1:16-cv-12351-DJC*
*2:18-cv-00373-JS-AYS*
*2:17-cv-02566-JS-AYS*
*2:18-cv-01996-JS-AYS*
*2:18-cv-03225-JS-AYS*
*2:17-cv-06962-JS-AYS*
*2:17-cv-06982-JS-AYS*
Counsel for Defendant The Ansul Company
*1:16-cv-12351-DJC*
*2:18-cv-02496-JS-AYS*
Counsel for Defendant Tyco Fire Products LP
*2:18-cv-02040-PBT*

Sheila L. Birnbaum
Dechert LLP (NYC)
1095 Avenue of the Americas
New York, NY 10036-6797
(212)-698-3500
Fax: (212)-698-3599
Email: sheila.birnbaum@dechert.com
Counsel for Defendant Tyco Fire Products, LP, Chemguard Inc.
*7:17-cv-07134-KMK*

*7:17-cv-07136-KMK*
*2:17-cv-00573-PBT*
Counsel for Defendant Chemguard, Inc.
Counsel for Defendant Tyco Fire Products LP
*1:17-cv-40002-DJC*
*1:16-cv-12351-DJC*
*2:17-cv-02566-JS-AYS*
*2:18-cv-01996-JS-AYS*
Counsel for Defendant The Ansul Company
*1:16-cv-12351-DJC*

Emily L. Van Tuyl
Dechert, LLP-New York
1095 Avenue of the Americas
Three Bryant Park
New York, NY 10036
212-698-3500
Email: emily.vantuyl@dechert.com
        Counsel for Defendant Tyco Fire Products, L.P., Chemguard Inc.
        *1:16-cv-02351-RBJ*

Jae Hong Lee
Dechert LLP-San Francisco
One Bush Street
Suite 1600
San Francisco, CA 94104
415-262-4500
Fax: 415-262-4555
Email: jae.lee@dechert.com
        Counsel for Defendant Tyco Fire Products, L.P., Chemguard Inc.
        *1:16-cv-02351-RBJ*

Joseph G Petrosinelli
Williams & Connolly, LLP
725 12th Street, N.W.
Washington, DC 20005-5901
202-434-5000
Fax: 202-434-5029
Email: jpetrosinelli@wc.com
        Counsel for Defendant Tyco Fire Products, L.P., Chemguard Inc.
        *1:16-cv-02351-RBJ*

Liam J. Montgomery
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, DC 2005

27

202-434-5030
Email: lmontgomery@wc.com
      Counsel for Defendant Chemguard, Inc.
      Counsel for Defendant Tyco Fire Products LP
      *1:17-cv-40002-DJC*
      *3:18-cv-30027-DJC*
      *1:18-cv-10747-DJC*
      *1:16-cv-12351-DJC*
      Counsel for Defendant The Ansul Company
      *1:16-cv-12351-DJC*

Jacqueline Liat Rome
Williams & Connolly LLP (DC)
725 Twelfth Street, N.W.
Washington, DC 20005
(202)-434-5634
Email: jrome@wc.com
      Counsel for Defendant Tyco Fire Products, L.P.
      7:17-cv-07131-KMK
      *7:17-cv-07134-KMK*
      *7:17-cv-07136-KMK*
      Counsel for Defendant Chemguard, Inc.
      Counsel for Defendant Tyco Fire Products LP
      *1:17-cv-40002-DJC*
      *3:18-cv-30027-DJC*
      *1:18-cv-10747-DJC*
      *1:16-cv-12351-DJC*
      Counsel for Defendant The Ansul Company
      *1:16-cv-12351-DJC*

Katherine Anne Armstrong
Dechert, LLP-New York
1095 Avenue of the Americas
Three Bryant Park
New York, NY 10036
212-698-3500
Email:
katherine.armstrong@dechert.com
      Counsel for Defendant Tyco Fire Products, L.P., The Ansul Co., Chemguard Inc.
      *1:16-cv-02351-RBJ*
      Counsel for Defendants The Ansul Co., Chemguard Inc.
      *1:16-cv-02394-RBJ*
      Counsel for Defendant Tyco Fire Products, LP
      *1:16-cv-03452-RBJ*
      *1:16-cv-02351-RBJ*
      Counsel for Defendants Tyco Fire Products, LLP, Chemguard Inc.

*2:18-cv-02036-PBT*
*2:18-cv-05553-PBT*
Counsel for Defendant Tyco Fire Products, LP., Chemguard Inc.
*2:18-cv-02038-PBT*
*2:18-cv-02037-PBT*
Counsel for Defendant Chemguard, Inc.
Counsel for Defendant Tyco Fire Products L.P.
*3:18-cv-30027-DJC*
*2:18-cv-00373-JS-AYS*
*2:17-cv-02566-JS-AYS*
*2:18-cv-01996-JS-AYS*
*2:18-cv-03225-JS-AYS*
*2:17-cv-06962-JS-AYS*
*2:17-cv-06982-JS-AYS*

Erin P. Loucks
Shook Hardy & Bacon LLP
Two Commerce Square
2001 Market Street, Suite 3000
Philadelphia, PA 19103
215-278-2555
Fax: 215-278-2594
Email: eloucks@shb.com
      Counsel for Defendant Tyco Fire Products, LP., Chemguard Inc.
      *2:18-cv-02036-PBT*
      Counsel for Defendants The Ansul Co., Chemguard Inc.
      *2:16-cv-05553-PBT*
      Counsel for Defendant Tyco Fire Products, LP., Chemguard Inc.
      *2:18-cv-02038-PBT*
      *2:17-cv-00573-PBT*
      *2:18-cv-02041-PBT*
      Counsel for Defendant Chemguard Inc.
      *2:18-cv-02040-PBT*
      Counsel for Defendant Tyco Fire Products, LP, Chemguard Inc.
      *1:16-cv-02351-RBJ*
      Counsel for Defendants The Ansul Co., Chemguard Inc.
      *1:16-cv-02394-RBJ*
      *2:16-cv-05380-PBT*
      Counsel for Defendant Tyco Fire Products, LP
      7:17-cv-07131-KMK
      *7:17-cv-07134-KMK*
      *2:18-cv-02037-PBT*
      *7:17-cv-07136-KMK*
      *2:16-cv-05380-PBT*
      *2:18-cv-02041-PBT*
      *2:17-cv-00573-PBT*

Counsel for Defendant Tyco Fire Products LP, Chemguard Inc.
*2:18-cv-02040-PBT*
*2:18-cv-02039-PBT*
*2:18-cv-02037-PBT*
Counsel for Defendant Chemguard Inc.
*2:18-cv-02040-PBT*

Joseph H. Blum
Shook Hardy & Bacon, L.L.P.
Two Commerce Square
2001 Market Street, Suite 3000
PHILADELPHIA, PA 19103
215-575-3115
Fax: 215-278-2594
Email: jblum@shb.com
    Counsel for Defendant Tyco Fire Products, LP, Chemguard Inc.
    *2:18-cv-02036-PBT*
    *2:16-cv-05553-PBT*
    *2:18-cv-02038-PBT*
    Counsel for Defendant Tyco Fire Products, LP, Chemguard Inc.
    *2:18-cv-02040-PBT*
    *2:18-cv-02037-PBT*
    *2:18-cv-02041-PBT*
    *2:17-cv-00573-PBT*
    Counsel for Defendant Tyco Fire Products LP
    *2:18-cv-02040-PBT*
    *2:18-cv-02039-PBT*
    Counsel for Defendants Ansul, Chemguard Inc.
    *2:16-cv-05380-PBT*

Mark S. Cheffo
Dechert, LLP-New York
1095 Avenue of the Americas
Three Bryant Park
New York, NY 10036
212-698-3500
Fax: 212-698-3599
Email: mark.cheffo@dechert.com
    Counsel for Defendant Tyco Fire Products, L.P., The Ansul Co., Chemguard Inc.
    *1:16-cv-02351-RBJ*
    *2:17-cv-00573-PBT*
    Counsel for Defendants The Ansul Co., Chemguard Inc.
    *1:16-cv-02394-RBJ*
    Counsel for Defendant Tyco Fire Products, LP
    *1:16-cv-03452-RBJ*
    *1:16-cv-02352-RBJ*

Counsel for Defendant Tyco Fire Products, LP
*7:17-cv-07131-KMK*
*7:17-cv-07134-KMK*
*7:17-cv-07136-KMK*
Counsel for Defendant Chemguard, Inc.
Counsel for Defendant Tyco Fire Products LP
*1:17-cv-40002-DJC*
*1:16-cv-12351-DJC*
*2:17-cv-02566-JS-AYS*
*2:18-cv-01996-JS-AYS*
Counsel for Defendant The Ansul Company
*1:16-cv-12351-DJC*

Stephen Kirk Ingebretsen
Shook Hardy & Bacon, LLP-Denver
1660 17th Street
Suite 450
Denver, CO 80202
303-285-5300
Fax: 303-285-5301
Email: kingebretsen@shb.com
Counsel for Defendant Tyco Fire Products, L.P., The Ansul Co., Chemguard Inc.
*1:16-cv-02351-RBJ*
Counsel for Defendants The Ansul Co., Chemguard Inc.
*1:16-cv-02394-RBJ*
Counsel for Defendant Tyco Fire Products, LP
*1:16-cv-02352-RBJ*

Paul Anthony Williams
Shook, Hardy & Bacon, LLP-Denver
1660 17th Street
Suite 450
Denver, CO 80202
303-285-5300
Fax: 303-285-5301
Email: pwilliams@shb.com
Counsel for Defendant Tyco Fire Products, L.P., The Ansul Co., Chemguard Inc.
*1:16-cv-02351-RBJ*
Counsel for Defendants The Ansul Co., Chemguard Inc.
*1:16-cv-02394-RBJ*

Jesse Daniel Rodgers
Lewis Brisbois Bisgaard & Smith, LLP-Denver
1700 Lincoln Street
Wells Fargo Center
Suite 4000

Denver, CO 80203
303-861-7760
Fax: 303-861-7767
Email: jesse.rodgers@lewisbrisbois.com
      Counsel for Defendant Buckeye Fire Equipment Co.
      *1:16-cv-02351-RBJ*

Ronald Lyle Hellbusch
Lewis Brisbois Bisgaard & Smith, LLP-Denver
1700 Lincoln Street
Wells Fargo Center
Suite 4000
Denver, CO 80203
303-861-7760
Fax: 303-861-7761
Email: ronald.hellbusch@lewisbrisbois.com
      Counsel for Defendant Buckeye Fire Equipment Co.
      *1:16-cv-02351-RBJ*

Keith Edward Smith
Greenberg Traurig, LLP-Philadelphia
2001 Market Street
Two Commerce Square
Suite 2700
Philadelphia, PA 19103
215-988-7843
Fax: 215-988-7801
Email: smithkei@gtlaw.com
      Counsel for Defendant National Foam, Inc.
      *1:16-cv-02351-RBJ*

John W. Cerreta
Day Pitney, LLP-Hartford
242 Trumbull Street
Hartford, CT 06103-1212
860-275-0665
Fax: 860-881-2517
Email: jcerreta@daypitney.com
      Counsel for Defendants Kidde PLC, Inc. *individually and as successor in interest to National Foam, Inc. formerly known as* Williams US Inc. *formerly known as* Williams Holdings, Inc.; Kidde-Fenwal, Inc. *individually and as successor in interest to National Foam, Inc.;* UTC Fire & Security Americas Corporation, Inc. *individually and as successor in interest to National Foam, Inc. formerly known as* GE Interlogix, Inc.
      *1:16-cv-02351-RBJ*

John W. Cerreta

Day Pitney, LLP-Hartford
242 Trumbull Street
Hartford, CT 06103-1212
860-275-0665
Fax: 860-881-2517
Email: jcerreta@daypitney.com
Counsel for Defendants Kidde PLC, Inc. *individually and as successor in interest to National Foam, Inc. formerly known as* Williams US Inc. *formerly known as* Williams Holdings, Inc.; Kidde-Fenwal, Inc. *individually and as successor in interest to National Foam, Inc.;* UTC Fire & Security Americas Corporation, Inc. *individually and as successor in interest to National Foam, Inc. formerly known as* GE Interlogix, Inc.
*1:16-cv-02351-RBJ*

Todd R. Seelman
Ronald L. Hellbusch
Jesse D. Rodgers
Joseph A. Salazar, Jr.
Lewis Brisbois Bisgaard & Smith, LLP
1700 Lincoln St., Suite 4000
Denver, CO 80203
Phone: 303.861.7760
Fax: 303.861.7767
Email: Todd.Seelman@lewisbrisbois.com
Ronald.Hellbusch@lewisbrisbois.com
Jesse.Rodgers@lewisbrisbois.com
Joe.Salazar@lewisbrisbois.com
Counsel for Defendant Buckeye Fire Equipment Co
*1:16-cv-02351-RBJ*

Michael L. Carpenter
Gray Layton Kersh Solomon Furr & Smith, P.A.
516 S. New Hope Rd.
Gastonia, NC 28054
Phone: 704.865.4400
Fax: 704.866.8010
Email: MCarpenter@gastonlegal.com
Counsel for Defendant Buckeye Fire Equipment Co.
*1:16-cv-02351-RBJ*
*1:17-cv-40002-DJC*
*1:16-cv-12351-DJC*
*2:17-cv-06982-JS-AYS*
*2:18-cv-00373-JS-AYS*
*2:17-cv-02566-JS-AYS*
*2:17-cv-06962-JS-AYS*
*2:18-cv-02040-PBT*

Kevin Scott Hannon
Hannon Law Firm, LLC
1641 Downing Street
Denver, CO 80218
303-861-8800
Fax: 861-8855
  Email: khannon@hannonlaw.com
        Counsel for Plaintiffs Gregory Bell, et al.
        *1:16-cv-02352-RBJ*
        Counsel for Interested Party Gregory Bell
        *1:16-cv-2394-RBJ*

Beth A. Landes
Brewer, Attorneys & Counselors-New York
750 Madison Avenue
14th Floor
New York, NY 10016
212-224-8806
  Email: bal@brewerattorneys.com
        Counsel for Defendants The 3M Co. (f/k/a) Minnesota Mining and Manufacturing Co
        *1:16-cv-02352-RBJ*
        *2:16-cv-05553-PBT*
        *2:16-cv-05380-PBT*

Heather Carson Perkins
Faegre Baker Daniels LLP-Denver
1700 Lincoln Street
Wells Fargo Center
Suite 3200
Denver, CO 80203-4532
303-607-3500
Fax: 303-607-3600
  Email: heather.perkins@faegrebd.com
        Counsel for Defendants 3M Co., The *(f/k/a)* Minnesota Mining and Manufacturing Co.
        *1:16-cv-02352-RBJ*
        *1:16-cv-02394-RBJ*

Stephanie L. Gase
Brewer, Attorneys & Counselors-Dallas
1717 Main Street
Comerica Bank Tower
Suite 5900
Dallas, TX 75201
214-653-4000
Fax: 214-653-1015

34

Email: szg@brewerattorneys.com
> Counsel for Defendant 3M Company, The *formerly known as* Minnesota Mining and Manufacturing Co.
> *1:16-cv-02352-RBJ*
> *1:16-cv-02394-RBJ*
> *2:16-cv-05553-PBT*
> *2:16-cv-05380-PBT*

William A. Brewer , III
Brewer Attorneys & Counselors-Dallas
1717 Main Street
Comerica Bank Tower
Suite 5900
Dallas, TX 75201
214-653-4000
Fax: 214-653-1015
 Email: wab@brewerattorneys.com
> Counsel for Defendant 3M Company, The *formerly known as* Minnesota Mining and Manufacturing Co.
> *1:16-cv-02352-RBJ*
> *1:16-cv-02394-RBJ*
> *2:16-cv-05553-PBT*
> *2:16-cv-05380-PBT*

Carla Burke Pickrel
Baron & Budd PC - Dallas TX
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
214-521-3605
Email: cburkepickrel@baronbudd.com
> Counsel for Plaintiff Emerald Coast Utilities Authority
> *3:18-cv-01445-MCR-CJK*
> Counsel for Plaintiff Town of Barnstable
> *1:16-cv-12351-DJC*

Zachary David Sandman
Baron & Budd Pc - Dallas TX
3102 Oak Lawn Ave Ste 1100
Dallas, TX 75219
214-521-3605
Email: zsandman@baronbudd.com
> Counsel for Plaintiff Emerald Coast Utilities Authority
> *3:18-cv-01445-MCR-CJK*
> Counsel for Plaintiff Town of Barnstable
> *1:16-cv-12351-DJC*

Bradley Syfrett Odom
Odom & Barlow PA - Pensacola FL
1800 North E St.
Pensacola, FL 32501
850/434-3527
Fax: 850/434-6380
Email: email@odombarlow.com
    Counsel for Plaintiff Emerald Coast Utilities Authority
    *3:18-cv-01445-MCR-CJK*

George Roderick Mead, II
Moore Hill & Westmoreland Pa - Pensacola FL
220 W Garden St - 9TH FL
Pensacola, FL 32502
850/434-3541
Fax: 850/435-7899
Email: emead@mhw-law.com
    Counsel for Defendant 3M Company
    *3:18-cv-01445-MCR-CJK*

Charles Franklin Beall, Jr.
Moore Hill & Westmoreland Pa - Pensacola FL
Po Box 13290
Pensacola, FL 32591
850-434-3541
Fax: 850-435-7899
Email: cbeall@mhw-law.com
    Counsel for Defendant 3M Company
    *3:18-cv-01445-MCR-CJK*

Robert Wayne Pass
Carlton Fields Jorden Etc PA - Tallahassee FL
215 S Monroe St - Ste 500
Tallahassee, FL 32311
850-224-1585
Fax: 850-222-0398
Email: rpass@cfjblaw.com
    Counsel for Defendant Chemguard, Inc. and Tyco Fire Products, LP
    *3:18-cv-01445-MCR-CJK*

Michael Howard Moody
Greenberg Traurig Pa - Tallahassee FL
101 E College Ave
Po Drawer 1838
Tallahassee, FL 32302-1838

850/425-8544
Fax: 850/681-0207
Email: moodym@gtlaw.com
        Counsel for Defendant National Foam, Inc.
        *3:18-cv-01445-MCR-CJK*

Breean Lawrence Beggs
Paukert & Troppmann PLLC
522 West Riverside Avenue
Suite 560
Spokane, WA 99201
509-232-7760
Fax: 509-232-7762
Email: bbeggs@pt-law.com
        Counsel for Plaintiffs Christina Ackerman, et al.
        *2:18-cv-00117-SMJ*

Mary Elizabeth Dillon
Paukert & Troppmann PLLC
522 West Riverside Avenue
Suite 560
Spokane, WA 99201
509-232-7760
Fax: 509-232-7762
Email: bdillon@pt-law.com
        Counsel for Plaintiffs Christina Ackerman, et al.
        *2:18-cv-00117-SMJ*

Andrew Sean Biviano
Paukert & Troppmann PLLC
522 West Riverside Avenue
Suite 560
Spokane, WA 99201
509-232-7760
Fax: 509-232-7762
Email: abiviano@pt-law.com
        Counsel for Plaintiffs Christina Ackerman, et al.
        *2:18-cv-00117-SMJ*

John Ray Nelson
Foster Pepper PLLC - SPO
618 West Riverside Avenue
Suite 300
Spokane, WA 99201-5102
509-777-1604
Fax: 509-777-1616

Email: John.Nelson@Foster.Com
        Counsel for Defendant Tyco Fire Products LP
        *2:18-cv-00117-SMJ*

Brook L Cunningham
Randall & Danskin PS
601 W Riverside Avenue
Suite 1500
Spokane, WA 99201-0653
509-747-2052
Fax: 509-624-2528
Email: Blc@Randalldanskin.Com
        Counsel for Defendant Buckeye Fire Equipment Co,
        *2:18-Cv-00117-SMJ*

James Milton Nelson
Greenberg Traurig
1201 K Street
Suite 1100
Sacramento, CA 95814
916-442-1111
Email: Nelsonj@Gtlaw.Com
        Counsel for Defendant National Foam, Inc.
        *2:18-cv-00117-SMJ*

Kathleen Gill Miller
 Law Office of James M. Begley
150 Greenwich St., 24th Floor
New York, NY 10007
212-435-3434
Fax: 212-435-3834
Email: kmiller@panynj.gov
        Counsel for The Port Authority of New York and New Jersey
        *7:17-cv-07131-KMK*
        *7:17-cv-07134-KMK*

Nicholas Mino
The Port Authority of New York and New Jersey
225 Park Avenue South, 13th Floor
New York, NY 10003
(212)-435-3669
Email: nmino@panynj.gov
        Counsel for The Port Authority of New York and New Jersey
        *7:17-cv-07131-KMK*
        *7:17-cv-07134-KMK*

Andrew Jonathan Calica
Mayer Brown LLP (NY)
1221 Avenue of the Americas, 14th Floor
New York, NY 10020-1001
(212) 506-2500
Fax: (212) 262-1910
Email: acalica@mayerbrown.com
      Counsel for Defendant The 3M Co. f/k/a Minnesota Mining and Manufacturing Co.
      *7:17-cv-07131-KMK*
      *7:18-cv-07057-KMK*
      *7:17-cv-07134-KMK*
      *2:18-cv-00373-JS-AYS*
      *2:17-cv-02566-JS-AYS*
      *2:18-cv-01996-JS-AYS*
      *2:18-cv-03225-JS-AYS*
      *2:18-cv-02496-JS-AYS*
      *2:17-cv-06962-JS-AYS*
      *2:17-cv-06982-JS-AYS*

Jordan David Sagalowsky
Mayer Brown LLP (NY)
1221 Avenue of the Americas, 14th
Floor
New York, NY 10020-1001
212-506-2500
Fax: 212-262-1910
 Email: jsagalowsky@mayerbrown.com
      Counsel for Defendant The 3M Co. f/k/a Minnesota Mining and Manufacturing Co.
      *7:17-cv-07131-KMK*
      *7:18-cv-07057-KMK*
      *7:17-cv-07134-KMK*
      *2:18-cv-00373-JS-AYS*
      *2:17-cv-02566-JS-AYS*
      *2:18-cv-01996-JS-AYS*
      *2:18-cv-03225-JS-AYS*
      *2:18-cv-02496-JS-AYS*
      *2:17-cv-06962-JS-AYS*
      *2:17-cv-06982-JS-AYS*

Kathleen Gill Miller
Law Office of James M. Begley
150 Greenwich St., 24th Floor
New York, NY 10007
212-435-3434
Fax: 212-435-3834
Email: kmiller@panynj.gov

Counsel for Defendant The Port Authority of New York and New Jersey
*7:17-cv-07134-KMK*

Alan Jon Knauf
Knauf Shaw LLP
1400 Crossroads Building, 2 State
Street
Rochester, NY 14614
(585)-546-8430
Fax: (585)-546-4324
Email: aknauf@nyenvlaw.com
    Counsel for Plaintiff City of Newburgh
    *7:18-cv-07057-KMK*

Amy K, Kendall
Knauf Shaw LLP
1400 Crossroads Building, 2 State
Street
Rochester, NY 14614
(585) 546-8430
Fax: (585) 546-4324
Email: akendall@nyenvlaw.com
    Counsel for Plaintiff City of Newburgh
    *7:18-cv-07057-KMK*

George A. Rodenhausen
Rodenhausen Chale LLP
20 Spring Brook Park
Rhinebeck, NY 12572
(845)-516-4323
Email: grodenhausen@rodenhausenchale.com
    Counsel for Plaintiff City of Newburgh
    *7:18-cv-07057-KMK*

John J. Walsh , II
Hodges Walsh & Messemer, LLP
55 Church Street, Suite 211
White Plains, NY 10601
914-385-6000
Fax: 914-385-6060
Email: jwalsh@hwm-law.com
    Counsel for Plaintiff City of Newburgh
    *7:18-cv-07057-KMK*

Mihir Ashok Desai
New York State Department of Law

28 Liberty Street
New York, NY 10005
212-416-8446
Fax: 212-416-6007
Email: mihir.desai@ag.ny.gov
     Counsel for Defendants State of New York, New York State Dept. of Transportation
     *7:18-cv-07057-KMK*

Nicholas Mino
The Port Authority of New York and
New Jersey
225 Park Avenue South, 13th Floor
New York, NY 10003
(212)-435-3669
Email: nmino@panynj.gov
     Counsel for Defendant Port Authority of New York and New Jersey
     *7:18-cv-07057-KMK*
     *7:17-cv-07136-KMK*

Kathleen Gill Miller
Law Office of James M. Begley
150 Greenwich St., 24th Floor
New York, NY 10007
212-435-3434
Fax: 212-435-3834
Email: kmiller@panynj.gov
     Counsel for Defendant Port Authority of New York and New Jersey
     *7:18-cv-07057-KMK*
     *7:17-cv-07136-KMK*

Dean Stuart Sommer
Young, Sommer, LLC
5 Palisades Drive
Albany, NY 12205
518 438-9907
Fax: 518 438-9914
Email: dsommer@youngsommer.com
     Counsel for Defendant SWF Airport Acquisition, Inc.
     *7:18-cv-07057-KMK*

Kristin Carter Rowe
Young/Sommer LLC
5 Palisades Drive
Albany, NY 12205
(518)-441-4368
Email: krowe@youngsommer.com

Counsel for Defendant SWF Airport Acquisition, Inc.
*7:18-cv-07057-KMK*

Basil A. Disipio
Lavin O'neil Cedrone & Disipio
190 N. Independence Mall West
Suite 500
Philadelphia, PA 19106
215-627-0303
Fax: 215-627-2551
Email: bad@lavin-law.com
> Counsel for the Defendant The 3M Company *(F/K/A)* Minnesota Mining And
> Manufacturing Co.
> *2:18-cv-02036-PBT*
> *2:16-cv-05553-PBT*
> *2:18-cv-02038-PBT*
> *2:18-cv-02040-PBT*
> *2:18-cv-02037-PBT*
> *2:16-cv-05380-PBT*
> *2:18-cv-02041-PBT*
> *2:17-cv-00573-PBT*
> *2:18-cv-00373-JS-AYS*
> *2:17-cv-02566-JS-AYS*
> *2:18-cv-03225-JS-AYS*
> *2:18-cv-02496-JS-AYS*
> *2:17-cv-06962-JS-AYS*
> *2:18-cv-02040-PBT*

Laura R. Hammargren
Mayer Brown LLP
71 South Wacker
Chicago, IL 60606
312-701-8146
Email: lhammargren@mayerbrown.com
> Counsel for Defendants The 3M Co. (f/k/a) Minnesota Mining and Manufacturing Co.
> *2:18-cv-02036-PBT*
> *2:18-cv-02040-PBT*
> *2:18-cv-02037-PBT*
> *2:18-cv-02041-PBT*
> 1:17-cv-40002-DJC
> 3:18-cv-30027-DJC
> *1:18-cv-10747-DJC*
> *1:16-cv-12351-DJC*
> *2:18-cv-02040-PBT*
> *1:18-cv-769*

Tyler D. Alfermann
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
312-701-8189
Email: talfermann@mayerbrown.com
     Counsel for Defendant The 3M Co. *(f/k/a)* Minnesota Mining And Manufacturing Co.
     *2:18-cv-02036-PBT*
     *2:18-cv-02038-PBT*
     *2:18-cv-02040-PBT*
     *2:18-cv-02041-PBT*
     *2:17-cv-00573-PBT*
     *1:17-cv-40002-DJC*
     *3:18-cv-30027-DJC*
     *1:18-cv-10747-DJC*
     *1:16-cv-12351-DJC*
     *2:18-cv-02040-PBT*
     *1:18-cv-769*

Michael L. Carpenter
Gray Layton Kersh Solomon Furr & Smith Pa
516 South New Hope Rd
P.O. Box 2636
Gastonia, NC 28053
704-865-4400
Email: mcarpenter@gastonlegal.com
     Counsel for Defendant Buckeye Fire Protection Co.
     *2:18-cv02036-PBT*
     *2:18-cv-02037-PBT*

Philip M. Colicchio
Taylor & Colicchio
502 Carnegie Center
Suite 103
Princeton, NJ 08540
609-987-0022
Email: pcolicchio@tcslawyers.com
     Counsel for Defendant Buckeye Fire Protection Co.
     *2:18-cv02036-PBT*
     *2:16-cv-05553-PBT*
     *2:18-cv-02038-PBT*
     *2:18-cv-02040-PBT*
     *2:18-cv-02037-PBT*
     *2:18-cv-05380-PBT*
     *2:18-cv-02041-PBT*
     *2:17-cv-00573-PBT*

*2:18-cv-02040-PBT*
*2:16-cv-06416-PBT*

Philip M. Colicchio
Taylor Colicchio LLP
100 Canal Pointe Blvd, Suite 210
Princeton, NJ 08540
609-987-0022
Fax: (609)987-0070
Email: pcolicchio@tcslawyers.com
     Counsel for Defendant Buckeye Fire Protection Co.
     *2:17-cv-02566-JS-AYS*

Ellen Nunno Corbo
Taylor Colicchio LLP
100 Canal Pointe Blvd
Suite 210
Princeton, NJ 08540-7063
609-987-0022
Email: ecorbo@tcslawyers.com
     Counsel for Defendant Buckeye Fire Protection Co.
     *2:18-cv02036-PBT*
     *2:18-cv-02038-PBT*
     *2:18-cv-02040-PBT*
     *2:18-cv-02037-PBT*
     *2:18-cv-02041-PBT*
     *2:17-cv-00573-PBT*
     *2:18-cv-00373-JS-AYS*
     *2:17-cv-02566-JS-AYS*
     *2:18-cv-03225-JS-AYS*
     *2:18-cv-02496-JS-AYS*
     *2:17-cv-06962-JS-AYS*
     *2:18-cv-02040-PBT*
     Counsel for Defendant Buckeye Fire Equipment Company
     *2:18-cv-01996-JS-AYS*
     *2:17-cv-06982-JS-AYS*

Michael J. Robinson , IV
Taylor Colicchio LLP
100 Canal Pointe Blvd
Suite 210
Princeton, NJ 08540
609-987-0022
Email: mrobinson@tcslawyers.com
     Counsel for Defendant Buckeye Fire Protection Co.
     *2:18-cv-02036-PBT*

*2:18-cv-02038-PBT*
*2:18-cv-02040-PBT*
*2:18-cv-02037-PBT*
*2:18-cv-02041-PBT*
*2:18-cv-02040-PBT*
Counsel for Defendant Buckeye Fire Equipment Company
*2:18-cv-03387-PBT*

Michael L. Carpenter
Gray Layton Kersh Solomon Furr & Smith, PA
516 South New Hope Rd
P.O. Box 2636
Gastonia, NC 28053
704-865-4400
Email: mcarpenter@gastonlegal.com
    Counsel for Defendant Buckeye Fire Protection Co.
    *2:18-cv-02038-PBT*
    *2:18-cv-02040-PBT*
    *2:18-cv-02041-PBT*
    *2:17-cv-00573-PBT*

Daniel C. Levin
Levin Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106
Email: dlevin@lfsblaw.com
    Counsel for Plaintiffs J. Davy Yockey and Josephine Yockey, husband and wife,
    individually and on Behalf of All Others Similarly Situated
    *2:16-cv-05553-PBT*
    Counsel for Plaintiffs Hanah Bates; Michael S. Bridges; Ann Marie Kuter; Kelley Liott;
    Lynda Mills, as parent and natural guardian of S. M., a minor; Jennifer Rock; Carolyn
    Sippel; J. Davey Yockey and Josephine Yockey
    *2:16-cv-04961-PBT*

Charles E. Schaffer
Levin Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106
215-592-1500
Email: cschaffer@lfsblaw.com
    Counsel for Plaintiffs J. Davy Yockey and Josephine Yockey, husband and wife,
    individually and on Behalf of All Others Similarly Situated
    *2:16-cv-05553-PBT*

Counsel for Plaintiffs Hanah Bates; Michael S. Bridges; Ann Marie Kuter; Kelley Liott; Lynda Mills, as parent and natural guardian of S. M., a minor; Jennifer Rock; Carolyn Sippel; J. Davey Yockey and Josephine Yockey
*2:16-cv-04961-PBT*

Lawrence R. Cohan
Anapol Schwartz Weiss
Cohan Feldman & Smalley
130 N 18th St Suite 1600
Philadelphia, PA 19103
215-790-4567
Email: lcohan@anapolschwartz.com
> Counsel for Plaintiffs J. Davy Yockey and Josephine Yockey, husband and wife, individually and on Behalf of All Others Similarly Situated
> *2:16-cv-05553-PBT*
> Counsel for Plaintiffs Kevin Voelker and Elizabeth Voelker, Husband and Wife
> *2:18-cv-02038-PBT*
> Counsel for Plaintiff Madison Gillen
> 2:18-cv-02037-PBT

Joseph L. Feliciani
Creedon & Feliciani PC
29 East Marshall St.
Norristown, PA 19401
610-239-9630
Fax: 610-239-1599
Email: jfeliciani@cflawpc.com
> Counsel for Plaintiff Rocco Saturno
> *2:18-cv-02040-PBT*
> Counsel for Plaintiffs Leonard Grande, Keith Clerkin, Dina Clerkin, Paul Lutz, James Seacrease, Valarie Seacrease, Patrick D. Enwright, Barbara Ann Garcia, Jeffrey Smith, Gloria Smith, Kathleen M. Clapp, Darlene Lutz
> *2:16-cv-05380-PBT*
> Counsel for Plaintiff Leonard Grande
> *2:18cv-02041-PBT*

Heather Anne Thomas
Creedon & Feliciani Pc
29 E Marshall St
Norristown, PA 19401
610-239-9630
Email: hthomas@cflawpc.com
> Counsel for Plaintiffs Leonard Grande, Keith Clerkin, Dina Clerkin, Paul Lutz, James Seacrease, Valarie Seacrease, Patrick D. Enwright, Barbara Ann Garcia, Jeffrey Smith, Gloria Smith, Kathleen M. Clapp, Darlene Lutz
> *2:16-cv-05380-PBT*

Mark R. Cuker
Williams & Cuker
1515 Market St
Ste 1300
Philadelphia, PA 19102
215-557-0099
Email: mcuker@wcblegal.com
        Counsel for Plaintiffs Larry Menkes and Jacquelyn Menkes
        *2:17-cv-00573-PBT*

Kevin J. Madonna
Kennedy & Madonna, LLP
48 Dewitt Mills Rd
Hurley, NY 12443
845-481-2622
Email:  kmadonna@kennedymadonna.com
        Counsel for Plaintiff Barnstable County
        *1:17-cv-40002-DJC*
        Counsel for Plaintiff City of Westfield, Massachusetts
        *3:18-cv-30027-DJC*

Richard W. Head
SL Environmental Law Group PC
450 Mission Street, Suite 400
San Francisco, CA 94105
415-348-8300
Fax: 415-348-8333
Email: rhead@slenvironment.com
        Counsel for Plaintiff Barnstable County
        *1:17-cv-40002-DJC*
        Counsel for Plaintiff City of Westfield, Massachusetts
        *3:18-cv-30027-DJC*

Robert D. Cox, Jr.
Bowditch & Dewey LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615
508-926-3409
Fax: 508-929-3012
Email: rcox@bowditch.com
        Counsel for Plaintiff Barnstable County
        *1:17-cv-40002-DJC*

Robert F. Kennedy

Kennedy & Madonna, LLP
48 Dewitt Mills Road
Hurley, NY 12443
(845) 481-2622
Email:  rkennedy@kennedymadonna.com
      Counsel for Plaintiff Barnstable County
      *1:17-cv-40002-DJC*

Jennifer L. Garner
Bowditch & Dewey LLP
One International Place
44th Floor
Boston, MA 02110
617-757-6500
Email: jgarner@bowditch.com
      Counsel for Plaintiff Barnstable County
      *1:17-cv-40002-DJC*

John D. Stuebing
Tarlow, Breed, Hart & Rodgers PC
101 Huntington Avenue
Boston, MA 02199
617-218-2067
Fax: 617-261-7673
Email: jstuebing@tbhr-law.com
      Counsel for Defendant 3M Company
      *1:17-cv-40002-DJC*
      *3:18-cv-30027-DJC*
      *1:18-cv-10747-DJC*
      *1:16-cv-12351-DJC*

Christopher M. Reilly
Sloane & Walsh
Three Center Plaza
Boston, MA 02108
617-523-6010
Email: creilly@sloanewalsh.com
      Counsel for Defendant Buckeye Fire Equipment Company
      *1:17-cv-40002-DJC*
      *1:16-cv-12351-DJC*

Michael E. Pastore
Mintz, Levin, Cohn, Ferris, Glovsky
and Popeo, PC
One Financial Center, 42nd Flr.
Boston, MA 02111

617-542-6000
Fax: 617-897-0926
Email: mepastore@mintz.com
     Counsel for Defendant National Foam, Inc.
     *1:17-cv-40002-DJC*
     *1:18-cv-10747-DJC*

Susan C. Phillips
City of Westfield
59 Court Street
Westfield, MA 01085
413-572-6260
Email: s.phillips@cityofwestfield.org
     Counsel for City of Westfield, Massachusetts
     *3:18-cv-30027-DJC*

John E. Garber
Weinberg & Garber, P.C.
71 King Street
Northampton, MA 01060
413-582-6886
Fax: 413-582-6881
Email: jgarber@w-g-law.com
     Counsel for Plaintiff City of Westfield, Massachusetts
     *3:18-cv-30027-DJC*

Brian R. Cunha
Brian Cunha & Associates
311 Pine Street
Fall River, MA 02720
508-675-9500
Fax: 508-679-6560
Email: Brian@briancunha.com
     Counsel for Plaintiffs Christine Civitarese, Joann Crippin, Melissa Goss, Nancy Hagberg,
     Gary Hagberg, Clayton Hendricks, Leslie Mathis
     *1:18-cv-10747*

Keith H. Bensten
Manchel & Brennan, P.C.
100 River Ridge Drive, Suite 308
Norwood, MA 02062
617-796-8920
Email: kbensten@daypitney.com
     Counsel for Defendant Kidde PLC, Inc.

Counsel for Defendant Counsel for Defendant UTC Fire & Security Americas
Corporation, Inc. individually and as successor in interest to National Foam, Inc.
formerly known as GE Interlogix, Inc.

Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
214-521-3605
Email: ssummy@baronbudd.com
*(Inactive)*
> Counsel for Plaintiff Town of Barnstable
> *1:16-cv-12351-DJC*

Frederick Eisenbud
Campolo, Middleton & McCormick, LLP
4175 Veterans Memorial Highway, Suite 400
Ronkonkoma, NY 11779
631-738-9100
Fax: 631-738-0659
Email: feisenbud@cmmllp.com
> Counsel for Plaintiffs Barbara Ayo, et al.
> *2:18-cv-00373-JS-AYS*
> Counsel for Plaintiffs Isaac Green and Arneal Green; Elizabeth Liggon and Jerome
> Liggon; Cathy Green and Al Green; Jason Robinson; Yvonne Green and Aaron Green;
> Mark Green; Stacy Green and Anthony Green; Theodora Liggon and Gregory Liggon;
> and Michelle Bloxon
> *2:17-cv-02566-JS-AYS*

Aaron Richard Modiano
Napoli Shkolnik PLLC
2665 South Bayshore Dr, Suite 220
Coconut Grove, FL 33133
786-837-5442
Fax: 786-441-2140
Email: amodiano@napolilaw.com
> Counsel for Plaintiffs William J. Fearnley, Lisa Fryling, Romayne Higgins, Phyllis Kelly,
> Issac Peoples, Kenneth V. Stacey, Deborah L. Stacey, and Leo Varani
> 2:16-cv-06416-PBT

Scott D. Middleton
Campolo, Middleton & McCormick, LLP
4175 Veterans Memorial Highway, Suite 400
Ronkonkoma, NY 11779
631-738-9100
Fax: 631-738-0659

Email: smiddleton@cmmllp.com
  Counsel for Plaintiffs Barbara Ayo, et al.
  *2:18-cv-00373-JS-AYS*
  Counsel for Plaintiffs Isaac Green and Arneal Green; Elizabeth Liggon and Jerome
  Liggon; Cathy Green and Al Green; Jason Robinson; Yvonne Green and Aaron Green;
  Mark Green; Stacy Green and Anthony Green; Theodora Liggon and Gregory Liggon;
  and Michelle Bloxon
  *2:17-cv-02566-JS-AYS*

Michael A. Olsen
Mayer Brown LLP
71 S Wacker Drive
Chicago, IL 60606
312-701-7120
Fax: 312-701-8742
Email: molsen@mayerbrown.com
  Counsel for Defendant The 3M Company
  *2:18-cv-00373-JS-AYS*
  *2:17-cv-02566-JS-AYS*
  *2:18-cv-01996-JS-AYS*
  *2:17-cv-06962-JS-AYS*
  *2:17-cv-06982-JS-AYS*

Lisa A. Pieroni
Kirschstein, et al.
425 Fifth Avenue, 5th Floor
New York, NY 10016
212-697-3750
Fax: 212-949-1690
Email: lap@kirschsteinlaw.com
  Counsel for Defendant Buckeye Fire Protection Co.
  *2:18-cv-00373-JS-AYS*
  *2:17-cv-06962-JS-AYS*

Jonathan Seth Zelig
Day Pitney LLP
One International Place
Boston, MA 02110
617-345-4601
Fax: 617-892-4236
Email: jzelig@daypitney.com
  Counsel for Defendant Kidde PLC, Inc.
  Counsel for Defendant Counsel for Defendant UTC Fire & Security Americas
  Corporation, Inc.
  *2:18-cv-00373-JS-AYS*

John W. Cerretta
DAY PITNEY LLP
242 Trumbull Street
Hartford, CT 06103
860-275-0665
Email: jcerreta@daypitney.com
     Counsel for Defendant Kidde PLC, Inc.
     Counsel for Defendant Counsel for Defendant UTC Fire & Security Americas
     Corporation, Inc.
     *2:18-cv-00373-JS-AYS*

Andrew Scott Kazin
Stagg, Terenzi, Confusione & Wabnik, LLP
401 Franklin Avenue, Suite 300
Garden City, NY 11530
516-812-4500
Fax: 516-812-4600
Email: akazin@stcwlaw.com
     Counsel for Defendant County of Suffolk
     *2:18-cv-00373-JS-AYS*
     *2:17-cv-02566-JS-AYS*
     *2:18-cv-03225-JS-AYS*
     *2:17-cv-06962-JS-AYS*

Brian A. Lacoff
Stagg, Terenzi, Confusione & Wabnik, LLP
401 Franklin Avenue, Suite 300
Garden City, NY 11530
516-812-4500
Fax: 516-812-4600
Email: blacoff@stcwlaw.com
     Counsel for Defendant County of Suffolk
     *2:18-cv-00373-JS-AYS*
     *2:17-cv-02566-JS-AYS*
     *2:18-cv-03225-JS-AYS*
     *2:17-cv-06962-JS-AYS*

David R. Ehrlich
Stagg Terenzi Confusione & Wabnik, LLP
401 Franklin Avenue
Garden City, NY 11530
516-812-4500
Fax: 516-812-4600
Email: dehrlich@stcwlaw.com
     Counsel for Defendant County of Suffolk
     *2:18-cv-00373-JS-AYS*

*2:17-cv-02566-JS-AYS*
*2:17-cv-06962-JS-AYS*

Thomas E. Stagg
Stagg, Terenzi, Confusione & Wabnik, LLP
401 Franklin Avenue, Suite 300
Garden City, NY 11530
516-812-4500
Fax: 516-812-4600
Email: tstagg@stcwlaw.com
     Counsel for Defendant County of Suffolk
     *2:18-cv-00373-JS-AYS*
     *2:17-cv-02566-JS-AYS*
     *2:18-cv-03225-JS-AYS*
     *2:17-cv-06962-JS-AYS*

Michael Leon DellaUniversita
Gruenberg Kelly Della
700 Koehler Avenue
Ronkonkoma, NY 11795
631-737-4110
Fax: 631-737-4155
Email: mdella@gknylaw.net
     Counsel for Plaintiffs Brandon Py and Aimee Py, Crystal Bena Vides, individually and
     on behalf of all others similarly situated
     *2:18-cv-03225-JS-AYS*

Sean Patrick Kelly
Gruenberg Kelly Della
700 Koehler Avenue
Ronkonkoma, NY 11779
631-737-4110
Fax: 631-737-4155
Email: seanesq@msn.com
     Counsel for Plaintiffs Brandon Py and Aimee Py, Crystal Bena Vides, individually and
     on behalf of all others similarly situated
     *2:18-cv-03225-JS-AYS*

Zachary M Beriloff
Gruenberg Kelly Della
700 Koehler Avenue
Ronkonkoma, NY 11779
631-737-4110
Fax: 631-737-4155
Email: zberiloff@gmail.com

Counsel for Plaintiffs Brandon Py and Aimee Py, Crystal Bena Vides, individually and on behalf of all others similarly situated
*2:18-cv-03225-JS-AYS*

Daniel Adam Osborn
The Osborn Law Group
200 North Sea Road, Suite B
Southampton, NY 11968
631-353-3355
Email: dosborn@osbornlawpc.com
      Counsel for Plaintiff Kim Ellen Shipman
      2:18-cv-02496-JS-AYS

Timothy H. Birnbaum
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020
212-335-4618
Fax: 917-778-8618
Email:  timothy.birnbaum@dlapiper.com
      Counsel for Defendant The 3M Company
      *2:17-cv-06962-JS-AYS*

Jeanette Bayoumi
Hausfeld LLP
33 Whitehall Street
New York, NY 10004
646-357-1100
Fax: 212-202-4322
Email: jbayoumi@hausfeld.com
      Counsel for Plaintiff Suffolk County Water Authority
      *2:17-cv-06982-JS-AYS*

Katie Rose Beran
Hausfeld LLP
325 Chestnut Street ,Suite 900
Philadelphia, PA 19106
215-985-3270
Fax: 215-985-3271
Email: kberan@hausfeld.com
      Counsel for Plaintiff Suffolk County Water Authority
      *2:17-cv-06982-JS-AYS*

Richard S Lewis
Hausfeld LLP
1700 K St, NW, Suite 650

Washington, DC 20006
202-540-7200
Fax: 202-747-5713
Email: rlewis@hausfeldllp.com
 Counsel for Plaintiff Suffolk County Water Authority
 *2:17-cv-06982-JS-AYS*

Katherine Jones
Sher Edling
100 Montgomery St Suite 1410
San Francisco, CA 94104
628-231-2500
Fax: 628-231-2929
Email: katie@sheredling.com
 Counsel for Plaintiff Suffolk County Water Authority
 *2:17-cv-06982-JS-AYS*

Loretta M. Gastwirth
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Avenue
Mineola, NY 11501
(516) 747-0300
Fax: (516)747-0653
Email: lgastwirth@meltzerlippe.com
 Counsel for Plaintiff Suffolk County Water Authority
 *2:17-cv-06982-JS-AYS*

Matthew K. Edling
Sher Edling LLP
100 Montgomery St, Suite 1410
San Francisco, CA 94104
628-231-2500
Fax: 628-231-2929
Email: matt@sheredling.com
 Counsel for Plaintiff Suffolk County Water Authority
 *2:17-cv-06982-JS-AYS*

Thomas J. McGowan
Meltzer, Lippe, Goldstein & Breitstone LLP
190 Willis Avenue
Mineola, NY 11501-2639
516-747-0300
Fax: 516-747-0653
Email: tmcgowan@meltzerlippe.com
 Counsel for Plaintiff Suffolk County Water Authority
 *2:17-cv-06982-JS-AYS*

Victor Sher
Sher Edling
100 Montgomery St, Suite 1410
San Francisco, CA 94104
628-231-2500
Fax: 628-231-2929
Email: vic@sheredling.com
       Counsel for Plaintiff Suffolk County Water Authority
       *2:17-cv-06982-JS-AYS*

Scott Allan Martin
Hausfeld LLP
165 Broadway, Suite 2301
New York, NY 10006
646-357-1195
Fax: 212-202-4322
Email: smartin@hausfeld.com
       Counsel for Plaintiff Suffolk County Water Authority
       *2:17-cv-06982-JS-AYS*

Donald A. Soutar
Weitz & Luxenberg PC
700 Broadway
New York, NY 10003
212-558-5785
Email: dsoutar@johnruelaw.com
       Counsel for Plaintiffs Hanah Bates; Michael S. Bridges; Ann Marie Kuter; Kelley Liott;
       Lynda Mills, as parent and natural guardian of S. M., a minor; Jennifer Rock; Carolyn
       Sippel; J. Davey Yockey and Josephine Yockey
       *2:16-cv-04961-PBT*
       Counsel for Plaintiff Christopher Gentles
       *2:18-cv-02039-PBT*

Robert M. Silverman
Weitz & Luxenberg
200 Lake Drive East, Suite 205
Cherry Hill, NJ 08002
856-755-1115
Email: rsilverman@weitzlux.com
       Counsel for Plaintiff Christopher Gentles
       *2:18-cv-02039-PBT*

John Broaddus
Weitz Luxenberg
200 Lake Drive East, Ste 205

Woodland Falls Corporate Park
Cherry Hill, NJ 08002
856-755-1115
Email: jbroaddus@weitzlux.com
>Counsel for Plaintiffs Hanah Bates; Michael S. Bridges; Ann Marie Kuter; Kelley Liott;
>Lynda Mills, as parent and natural guardian of S. M., a minor; Jennifer Rock; Carolyn
>Sippel; J. Davey Yockey and Josephine Yockey
>*2:16-cv-04961-PBT*

Nancy M. Christensen
Weitz & Luxenberg PC
700 Broadway
New York, NY 10003
212-485-1897
Email: nchristensen@weitzlux.com
>Counsel for Plaintiffs Hanah Bates; Michael S. Bridges; Ann Marie Kuter; Kelley Liott;
>Lynda Mills, as parent and natural guardian of S. M., a minor; Jennifer Rock; Carolyn
>Sippel; J. Davey Yockey and Josephine Yockey
>*2:16-cv-04961-PBT*
>Counsel for Plaintiff Christopher Gentles
>*2:18-cv-02039-PBT*

Robin L Greenwald
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003
212-558-5802
Email: rgreenwald@weitzlux.com
>Counsel for Plaintiffs Hanah Bates; Michael S. Bridges; Ann Marie Kuter; Kelley Liott;
>Lynda Mills, as parent and natural guardian of S. M., a minor; Jennifer Rock; Carolyn
>Sippel; J. Davey Yockey and Josephine Yockey
>*2:16-cv-04961-PBT*

Lindsay M. Burke
Kenney & Sams, P.C.
225 Turnpike Road
Southborough, MA 01772
617-634-9325
Email: LMBurke@KandSlegal.com
>Counsel for Defendant 3M Company
>*1:17-cv-40002-DJC*
>Counsel for Defendant Chemguard, Inc.
>*3:18-cv-30027-DJC*
>Counsel for Defendant Buckeye Fire Equipment Company
>Counsel for Defendant National Foam, Inc.
>Counsel for Defendant Tyco Fire Products LP

*3:18-cv-30027-DJC*
*1:18-cv-10747-DJC*
*1:16-cv-12351-DJC*
Counsel for Defendant The Ansul Company
*1:16-cv-12351-DJC*

Michael A. Scodro
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606
312-701-8886
Email: mscodro@mayerbrown.com
    Counsel for Defendant 3M Company
    *1:17-cv-40002-DJC*
    *3:18-cv-30027-DJC*
    *2:17-cv-06982-JS-AYS*

Christopher A. Kenney
Kenney & Sams, P.C.
Southborough Executive Park
225 Turnpike Road
Southborough, MA 01772
508-490-8500
Fax: 508-490-8501
Email: cakenney@KandSlegal.com
    Counsel for Defendant Chemguard, Inc.
    Counsel for Defendant Tyco Fire Products LP
    *1:17-cv-40002-DJC*
    *3:18-cv-30027-DJC*
    *1:18-cv-10747-DJC*
    *1:16-cv-12351-DJC*
    Counsel for Defendant The Ansul Company
    *1:16-cv-12351-DJC*

Emily Hannigan Bryan
Greenberg Traurig, LLP
One International Place, 20th Floor
Boston, MA 02110
617-310-6000
Email: bryane@gtlaw.com
    Counsel for Defendant National Foam, Inc.
    *1:17-cv-40002-DJC*
    *1:18-cv-10747-DJC*
    *1:16-cv-12351-DJC*

Joseph W. Norris

Collins Cockrel & Cole, P.C.
390 Union Boulevard
Suite 400
Denver, CO 80228
303-218-7120
Fax: 720-939-1408
Email: jnorris@cccfirm.com
    Interested Party: Widefield W&S District 8495 Fontaine Blvd. Colorado Springs, CO
    80925
    *1:16-cv-02351-RBJ*

Hunter Jay Shkolnik
Napoli & Bern
350 Fifth Avenue
New York, NY 10118
212-267-3700
Email: hunter@napolilaw.com
    Counsel for Plaintiffs William J. Fearnley, Lisa Fryling, Romayne Higgins, Phyllis Kelly,
    Issac Peoples, Kenneth V. Stacey, Deborah L. Stacey, and Leo Varani
    2:16-cv-06416-PBT

Keith E. Smith
Greenberg Traurig, LLP
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 988-7800
Email: smithkei@gtlaw.com
    Counsel for Defendant National Foam, Inc.
    *1:18-cv-00705-KMT*
    *1:16-cv-02394-RBJ*
    *2:18-cv-02036-PBT*
    *2:16-cv-05553-PBT*
    *2:18-cv-02038-PBT*
    *2:18-cv-02040-PBT*
    *2:18-cv-02037-PBT*
    *2:16-cv-05380-PBT*
    *2:17-cv-00573-PBT*
    *1:17-cv-40002-DJC*
    *1:18-cv-10747-DJC*
    *1:16-cv-12351-DJC*
    *2:18-cv-00373-JS-AYS*
    *2:17-cv-02566-JS-AYS*
    *2:18-cv-01996-JS-AYS*
    *2:18-cv-03225-JS-AYS*
    *2:18-cv-02496-JS-AYS*

*2:17-cv-06962-JS-AYS*
*2:17-cv-06982-JS-AYS*
*2:18-cv-02040-PBT*
*2:18-cv-03387-PBT*
*2:16-cv-06416-PBT*

Richard F. Bulger
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
312-701-7318
Email: rbulger@mayerbrown.com
     Counsel for Defendant The 3M Co. *(f/k/a)* Minnesota Mining And Manufacturing Co.
     *2:18-cv-02036-PBT*
     *2:18-cv-02038-PBT*
     *2:18-cv-02040-PBT*
     *2:18-cv-02037-PBT*
     *2:18-cv-02041-PBT*
     *2:17-cv-00573-PBT*
     *1:17-cv-40002-DJC*
     *3:18-cv-30027-DJC*
     *1:16-cv-12351-DJC*
     *2:18-cv-00373-JS-AYS*
     *2:17-cv-02566-JS-AYS*
     *2:18-cv-01996-JS-AYS*
     *2:17-cv-06962-JS-AYS*
     *2:17-cv-06982-JS-AYS*
     *2:18-cv-02040-PBT*

Respectfully submitted,

DATED: October 5, 2018

/s/ Stephen D. Raber
Stephen D. Raber

WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5538
Fax: (202) 434-5029
sraber@wc.com

*Counsel for Tyco Fire Products LP
and Chemguard, Inc.*

60